535 A.2d 1053

**Frances M. CARUSO, Appellant,**

v.

**ASTEN–HILL MANUFACTURING COMPANY, Raybestos Manhattan, Inc., Bell Asbestos Mines, Ltd., Cassiar Asbestos Corp., Ltd., National Gypsum Company, Amatex Corp., Asbestos Corporation, Ltd.**

Supreme Court of Pennsylvania.

Argued Jan. 19, 1988.

Decided Jan. 22, 1988.

Martin Greitzer, Jonathan W. Miller, Philadelphia, for appellant.

James Hammill, John P. Kelly, Richard A. Curtis, Philadelphia, for Nat. Gypsum.

Arthur Makadon, Philadelphia, for Raybestos.

Frederic Goldfein, Philadelphia, for Bell Asbestos and Asten–Hill.

Leslie Anne Miller, Virginia G. Mason, Philadelphia, for Cassiar.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN, J., dissents.